# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**(STATESBORO DIVISION)**

LAURA LANE NEWTON,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

Defendant.

Case No.: 6:23-cv-00059-JRH-BKE

**DECLARATION OF LAURA LANE NEWTON**

I, Laura Lane Newton, am of the age of majority and capable of making this declaration. I have personal knowledge of the following facts and would testify to these facts if called to do so in court. I make this declaration under penalty of perjury of the laws of the United States:

1. I am the Plaintiff in this case.

2. In or around sometime in 2017, I received a letter from a hospital alerting me to the occurrence of a "data breach" which included my personal information.

3. The letter included advice that I sign up for an Experian account to freeze my credit and protect myself from fallout from the data breach.

4. The letter also provided me with a free year of credit monitoring through Experian.

5. I followed the letter's advice at some point, thereafter, initiating the credit freeze and accepted the free year of credit monitoring.

6. To the best of my recollection, the credit freeze was lifted sometime in 2018.

7. I assumed that the account would last during the pendency of my free year of credit monitoring and then deactivate.

8. I have not actively utilized the Experian account, which I assumed was deactivated, since lifting the credit freeze in or around 2018.

9. Until the filing of this lawsuit, I was not aware of Experian's claim that when I accepted the free year of credit monitoring through the hospital, I waived my right to a jury trial.

10. Until the filing of this lawsuit, I was not aware of Experian's claim that when I accepted the free year of credit monitoring through the hospital, I agreed to arbitrate any claims against Experian.

11. I did not see an arbitration agreement, or any mention of an arbitration agreement, when I accepted the free year of credit monitoring through the hospital.

12. When I accepted the free year of credit monitoring through the hospital, I did not click anything that I recall indicating that I would be waiving my right to a jury. Had I seen any such indication, I would not have accepted the free year of Experian credit monitoring.

The foregoing is true and correct to the best of my knowledge.

Made this 2 day of February 2024.



______________________

Laura Lane Newton