# EXHIBIT F

**AMERICAN ARBITRATION ASSOCIATION**

| | | |
|---|---|---|
| JULIETTE KINKLE,<br><br>Claimant,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS INC.,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | AAA Case No. 01-23-0002-9638 |

**DECLARATION OF DAN SMITH**

**IN SUPPORT OF EXPERIAN INFORMATION SOLUTIONS, INC.'S RESPONSE**

**TO CLAIMANT'S MOTION FOR A FINDING OF NON-ARBITRABILITY**

**DECLARATION OF DAN SMITH**

I, Dan Smith, declare and state:

1. I am over the age of 18 years old. I am the Director of Product Operations for ConsumerInfo.com, Inc. ("CIC") in Costa Mesa, California. CIC also does business as Experian Consumer Services ("ECS"). I have been employed by CIC since January 2010. I make this declaration in support of Experian Information Solutions, Inc.'s Opposition to Claimant Juliette Kinkle's Motion for a Finding of Non-Arbitrability. My duties at CIC include supporting the consumer enrollment process into CreditWorks and related services. These duties require that I be familiar with, among other things, how consumers enroll, the forms they must complete to enroll, as well as the Terms of Use governing such services. My duties also require that I am familiar with Experian's databases that store consumer enrollment information, such as the webpages a consumer would have encountered to complete their enrollment into CreditWorks, the personally identifiable information entered when enrolling, which links or buttons the consumer clicked on, and date and time of the consumer's acceptance of the Terms of Use. I am likewise familiar with Experian's internal records that document consumers' ongoing use of their CreditWorks account, including when a consumer logs into their account or changes their account information, as well as any time a consumer receives an email or alert through their Creditworks membership. Based on my familiarity with the CreditWorks enrollment process and Experian's databases that store consumer account information, I am able to retrieve a consumer's CreditWorks membership information upon receipt of that consumer's personally identifiable information. Once I locate the consumer CreditWorks membership information, I am able to confirm the consumer's membership details, such as the date and time of enrollment, the version of the Terms of Use they agreed to, and the exact path the consumer encountered when completing their

enrollment into CreditWorks. The facts stated in this Declaration are of my own personal knowledge, including knowledge acquired in the course and scope of my job responsibilities and through the review of pertinent documents maintained as business records by CIC in the course and scope of CIC's business, including Experian's internal records that store CreditWorks account information. If called upon to do so, I could and would competently testify to the facts stated below.

2. Based upon my review of CIC's membership enrollment data maintained in the regular course of business, on December 11, 2022, Claimant Juliette Kinkle received an email through her CreditWorks membership that informed her that she had been reported as deceased. Claimant Kinkle opened the email seventeen (17) times between December 11, 2022 and December 15, 2022.

I declare, under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this 21st day of December, 2023, in Costa Mesa, California.

Dan Smith

**Dan Smith**