# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
Statesboro Division

LAURA LANE NEWTON

vs

EXPERIAN INFORMATION SOLUTIONS, INC.

CASE NUMBER  6:23-cv-00059

## **O R D E R**

The Judgment of this Court in the above entitled action having been remanded by the U. S. Court of Appeals;

IT IS HEREBY ORDERED that the Judgment of the Eleventh Circuit, U. S. Court of Appeals, is made the judgment of this court.

This __28th__ day of __August__, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA